# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132165(51)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HARVEY JONES, JR.,
          Plaintiff-Appellee,

v                                                          SC: 132165
                                                           COA: 260040
                                                           Wayne CC: 97-738912-NI

ROBERT DUANE RIBBRON,
          Defendant,
and

SECURA INSURANCE,
          Garnishee Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's June 8, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration and grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                    _____
                                                              Clerk

p0830